# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHELLE ORNELLAS,

Plaintiff,

v.

SOUTHERN CALIFORNIA GAS COMPANY, a corporation,

Defendant.

Case No. 1:26-cv-00107-JLT-SAB

ORDER REGARDING THE STIPULATION TO MODIFY THE SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINES

(ECF No. 9)

The Court, having considered the Parties' Joint Stipulation to Modify the Scheduling Order to Extend Discovery Deadlines and the supporting Declaration of Janine M. Braxton, and good cause appearing therefor, HEREBY APPROVES the stipulation and ORDERS that the Scheduling Order (ECF No. 8) is modified as follows:

| **Event** | **New Date** |
|---|---|
| Non-expert discovery completion | January 22, 2027 |
| Expert disclosure | February 5, 2027 |
| Supplemental expert disclosure | February 19, 2027 |
| Expert discovery completion | March 30, 2027 |
| Dispositive motion filing | April 27, 2027 |

/ / /

/ / /

/ / /

The Court notes that it approves of this stipulation in part because the parties have indicated that they have reached a preliminary agreement to settle. Therefore, for now, the pretrial conference set for June 28, 2027, and the trial set for September 14, 2027, remain unchanged, as the parties have requested.

IT IS SO ORDERED.

Dated: **November 25, 2026**

STANLEY A. BOONE
United States Magistrate Judge